**Emille V. DE CUIR, Plaintiff–Appellant,**

v.

**LOS ANGELES COUNTY; County of Los Angeles Sheriff's Department; Los Angeles County Metropolitan Transportation Authority; Southern California Regional Rail Association; Metrolink; Mark Klugman; David Ross; Paul Myron, Defendants–Appellees.**

No. 00–55827.

D.C. No. CV–99–12382–NMM.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided April 2, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Emille V. De Cuir appeals pro se from the district court's judgment dismissing his action with prejudice for failure to file within the statute of limitations. We have jurisdiction pursuant to 28 U.S.C. § 1291. Upon our de novo review of the materials submitted by both parties, we affirm the district court's determination that De Cuir's federal complaint was not filed within the statute of limitations and that he was not entitled to equitable tolling. *See Cervantes v. City of San Diego,* 5 F.3d 1273, 1275 (9th Cir.1993); *Bagley v. CMC Real Estate Corp.,* 923 F.2d 758, 760–61 (9th Cir.1991); *Ervin v. Los Angeles County,* 848 F.2d 1018, 1019–20 (9th Cir. 1988).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny De Cuir's request for oral argument.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.